



_____
J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                             )
                                                   )
CHARLES RICHARD REESE                              )    Case No. 09-31604
ELIZABETH ANNE REESE                               )    Chapter 7
                                                   )
            Debtors                                )

ORDER SETTING ASIDE ORDER DISMISSING CASE

THIS CAUSE coming on to be heard before the undersigned United States Bankruptcy Judge on August 13, 2009, after due notice to all creditors and parties in interest upon the Motion of Charles Richard Reese and Elizabeth Anne Reese, Debtors herein, for the entry of an Order setting aside the Court's Order Dismissing Case entered on July 14, 2009, and the Court having reviewed the pleadings and the Court's file and for good cause shown it is hereby;

ORDERED:

1) That the Court's Order Dismissing Case entered on July 14, 2009, shall be and the same is hereby set aside and the Debtors' case may proceed; and

2) Debtors' counsel shall serve on all creditors in this case, the Notice of Meeting of Creditors to be generated by the Bankruptcy Clerk.

This Order has been signed electronically.                United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.